MARK J. RICE (SBN 124934)
MCNEIL, SILVEIRA, RICE & WILEY
55 Professional Center Parkway, Suite A
San Rafael, CA  94903
Telephone:     (415) 472-3434
Facsimile:      (415) 472-1298

Attorney for Defendant
MILLER WATTS CONSTRUCTORS, INC. and
ST. PAUL FIRE AND MARINE INSURANCE COMPANY


UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA for use and benefit of HMT, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> ST. PAUL FIRE AND MARINE INSURANCE COMPANY; MILLER WATTS CONSTRUCTORS, INC., and DOES 1 through 50, inclusive, , <br><br> Defendants. <br> _____ | No.  2:05-CV-02301-FCD-GGH <br><br> **ORDER UPON STIPULATION COMPELLING STAY OF THE PROCEEDINGS PENDING ARBITRATION BETWEEN THE PARTIES** <br><br> Jury Trial Demanded |

WHEREAS, the Subcontract between HMT, Inc., the Use Plaintiff herein, and Miller Watts Constructors, Inc. provides for binding arbitration before the American Arbitration Association under its Construction Industry Rules as set forth in Section 17.2.1 on page 16 of the parties' Subcontract No. 507-3, a copy of which is attached as Exhibit B to the Use Plaintiff's Amended Complaint on file herein;

THEREFORE, the parties hereto agree and stipulate that the within action be stayed pending binding arbitration between them before the American Arbitration Association.  The remainder of the action and specifically, the Miller Act claim against St. Paul Fire and Marine Insurance Company, shall be stayed pending completion of said arbitration between the parties.

ORDER UPON STIPULATION COMPELLING STAY OF THE PROCEEDINGS
PENDING ARBITRATION BETWEEN THE PARTIES

SO STIPULATED.

Dated:  February \_\_\_\_, 2006          THURBON & McHANEY, LP


By_____
                Robert E. Thurbon

Attorneys for Use Plaintiff HMT, Inc.


Dated:   March 2, 2006          McNEIL, SILVEIRA, RICE & WILEY


By_____
                MARK J. RICE

Attorneys for Defendants MILLER WATTS
CONSTRUCTORS, INC. AND ST. PAUL FIRE
AND MARINE INSURANCE COMPANY


## ORDER STAYING PROCEEDINGS PENDING BINDING ARBITRATION

**GOOD CAUSE APPEARING** and based upon the parties' above stipulation and the binding arbitration clause between them at Section 17.2.1 of the parties' Subcontract, the Court hereby orders Use Plaintiff HMT, Inc. and Defendant Miller Watts Constructors, Inc. to binding arbitration before the American Arbitration Association under its Construction Industry Rules, and stays this proceeding pending completion of such arbitration.  Within thirty (30) days after the final arbitration award of the Arbitrator, the parties shall same to the Court for further proceedings herein.


Dated: March 2, 2006                    /s/ Frank C. Damrell Jr._____
                                        U.S. DISTRICT COURT JUDGE